UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Scott Talcott,<br><br>       Plaintiff,<br><br>v.<br><br>Credit One Bank, N.A.,<br><br>iEnergizer Holdings, Limited, and<br><br>First Contact, LLC, a/k/a iQor Holdings, Inc.<br><br>       Defendants. | Case No. 0:18-cv-01616-NEB-HB |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto, through their respective counsel of record, that any and all claims of the Plaintiff Scott Talcott ("Plaintiff") against Credit One Bank, N.A., iEnergizer Holdings, Limited, and First Contact, LLC, (a/k/a iQor Holdings, Inc.)(collectively "Defendants"), are hereby dismissed with prejudice. The parties further stipulate and agree that each and every claim of Plaintiff under his Complaint against Defendants has been fully resolved and that the effect of this Stipulation will be to dismiss the entire action against Defendants with prejudice.

**IT IS FURTHER STIPULATED AND AGREED** that the Court is hereby authorized and requested to execute and enter the Order of Dismissal and to make all such orders and judgments, which may be necessary and proper to dismiss the above-titled

1

action against Defendants with prejudice.

**IT IS FURTHER STIPULATED AND AGREED** that each of the parties to this stipulation shall bear and pay all costs and expenses heretofore incurred or to be incurred by each respectively in connection with said action.

Respectfully submitted this 21st day of December 2018.

                                            **HEANEY LAW FIRM, LLC**

Date: December 21, 2018                *s/ Mark L. Heaney*
                                            Mark L. Heaney
                                            (MN #333219, AZ #022492)
                                            601 Carlson Parkway, Suite 1050
                                            Minnetonka, MN 55305
                                            Tel: (952) 933-9655
                                            Fax:  (952) 487-0189
                                            mark@heaneylaw.com

                                            *Attorney for Plaintiff Scott Talcott*

Date: December 21, 2018                *s/ Erin L. Hoffman*
                                            Erin L. Hoffman (#0387835)
                                            Attorneys for First Contact, LLC
                                            FAEGRE BAKER DANIELS LLP
                                            2200 Wells Fargo Center
                                            90 South Seventh Street
                                            Minneapolis, MN 55402-3901
                                            Telephone: (612) 766-7000
                                            Fax: (612) 766-1600
                                            erin.hoffman@FaegreBD.com

Date: December 21, 2018                *s/ Aylix K. Jensen*
                                            Aylix K. Jensen, MN # 0398588
                                            **Attorneys for Credit One Bank, N.A.**
                                            Moss & Barnett, PA
                                            150 South Fifth Street, Suite 1200
                                            Minneapolis, MN 55402-4129
                                            Telephone: (612) 877-5434
                                            Facsimile: (612) 877-5048
                                            Aylix.Jensen@lawmoss.com

Date: December 21, 2018	*s/ M. Annie Santos*
M. Annie Santos, Reg. No. 0389206
**Attorneys for iEnergizer Holdings, Ltd.**
Hinshaw & Cultbertson LLP
333 South Seventh Street, Suite 2000
Minneapolis, MN 55402
Telephone: (612) 333-3434
Facsimile: (612) 334-8888
asantos@hinshawlaw.com