# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| SCOTT TALCOTT, | Case No. 18-CV-1616 (NEB/HB) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| CREDIT ONE BANK, N.A., IENERGIZER HOLDINGS, LIMITED, and FIRST CONTACT LLC, a/k/a iQor Holdings, Inc., | |
| Defendants. | |

Pursuant to the parties' Stipulation of Dismissal with Prejudice filed on December 21, 2018 [ECF No. 26], IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE, and without costs or attorney's fees to any party.

Dated: January 3, 2019                         BY THE COURT:

                                               s/Nancy E. Brasel
                                               Nancy E. Brasel
                                               United States District Judge